| | |
|---|---|
| 1 | Alan J. Kessel (Cal. Bar No.: 130707) |
| | Keli N. Osaki (Cal. Bar No.: 179920) |
| 2 | Sandeep J. Shah (Cal. Bar No.: 210449) |
| | **BUCHALTER, NEMER, FIELDS & YOUNGER** |
| 3 | A Professional Corporation |
| | 18400 Von Karman Avenue, Suite 800 |
| 4 | Irvine, California 92612-0514 |
| | Telephone: (949) 760-1121 |
| 5 | Facsimile: (949) 720-0182 |
| | sshah@buchalter.com |
| 6 | |
| | Attorneys for Plaintiff DIRECTV, INC. |
| 7 | |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 11 | DIRECTV, INC., a California corporation, | CASE NO. CV-04-3577 EDL |
| 12 | Plaintiff, | Hon. Elizabeth D. Laporte |
| 13 | vs. | **REQUEST FOR VOLUNTARY DISMISSAL OF DEFENDANT ARTHUR TYDE;** |
| 14 | ARTHUR TYDE, | [~~PROPOSED~~] **ORDER THEREON** |
| 15 | Defendant. | |

Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiff DIRECTV, Inc. ("DIRECTV") hereby respectfully requests that the Court enter an Order dismissing the above-captioned action with prejudice as to Defendant ARTHUR TYDE ("Defendant"). This request is made on the grounds that Defendant and DIRECTV have entered into an agreement settling this matter. Pursuant to the terms of that agreement, DIRECTV agreed to voluntarily dismiss this action against Defendant, each party to bear its own attorneys' fees and costs incurred in this action to date.

Defendant answered the Complaint on or about October 15, 2004. DIRECTV, therefore, cannot unilaterally voluntarily dismiss this action against Defendant absent a Court order. Fed. R. Civ. P. 41(a). Accordingly, DIRECTV respectfully requests the entry of such an order dismissing Defendant with prejudice.

Defendant ARTHUR TYDE is the last remaining active Defendant in this action.

This entire action as to all remaining claims is therefore terminated in full.

DATED: May 2, 2005   Respectfully Submitted,

BUCHALTER, NEMER, FIELDS & YOUNGER
A Professional Corporation

By: /s/Sandeep J. Shah
Sandeep J. Shah
Attorneys for Plaintiff DIRECTV, Inc.

## ORDER

Having read the foregoing Request for Voluntary Dismissal of Defendant ARTHUR TYDE filed by Plaintiff DIRECTV, Inc., and such other pleadings and papers deemed appropriate by the Court, and GOOD CAUSE appearing therefore, the Court ORDERS as follows:

1. This action is hereby dismissed with prejudice as against Defendant ARTHUR TYDE;

2. Each party shall bear its own attorney's fees and costs incurred in this action to date; and

3. As Defendant ARTHUR TYDE is the last remaining active Defendant in this action, this entire action as to all remaining claims is hereby terminated in full.

DATED: May 3, 2005

IT IS SO ORDERED
Elizabeth D. Laporte
Judge Elizabeth D. Laporte

Honorable Elizabeth D. Laporte
United States District Court
Northern District of California